IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RANDY KEITH SOHN                                                                                          PETITIONER
*Reg #34152-044*

vs.                              Case No. 2:10CV00029-BRW-JTK

T.C. OUTLAW
*Warden, FCI - Forrest City*                                                                          RESPONDENT

## ORDER

Pending is Petitioner's Request for Discovery. (Doc. No. 13) In his Petition, filed March 3, 2010, he argues that the Bureau of Prisons (BOP) possessed insufficient evidence to support a Code 297 infraction, and that the charges were biased, capricious and arbitrary. (Doc. No. 1) Petitioner now requests, inter alia, copies of all administrative remedies filed by inmates complaining of arbitrary and capricious behavior by a particular unit counselor—as well as copies of "all internal memoranda, e-mails, investigative notes, or other such materials" involving similar allegations. (Doc. No. 13)

Rule 6(a) of the Rules Governing Section 2254 Cases in the United States District Courts empowers the Court to, upon request and with good cause shown, "authorize a party to conduct discovery under the Federal Rules of Civil Procedure."[1] The Court has viewed the record in this case and finds it unnecessary to authorize discovery. Accordingly, Petitioner's request is denied.

SO ORDERED this 14th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 1 of the Rules Governing Section 2254 Cases in the United States District Courts notes that a district court may apply the rules to habeas petitions not filed under § 2254.