# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RANDY KEITH SOHN                                                                                   PETITIONER
Reg #34152-044

v.                                              2:10-CV-00029 BRW-JTK

T C OUTLAW,
Warden, FCI-Forrest City,                                                                RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. No objections were filed. After careful review of the findings and recommendations, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 16th day of April, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE