# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| RANDY KEITH SOHN, ) <br> Reg #34152-044 ) <br>    Petitioner, ) <br> ) <br> v. ) <br> ) <br> T C OUTLAW, Warden, FCI – Forrest City ) <br> ) <br>    Respondent. ) | **Case No. 2:10-CV-00029 BRW-JTK** |

## **FINAL JUDGMENT**

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of April, 2012.


                                /s/Billy Roy Wilson
                        UNITED STATES DISTRICT JUDGE